**37 So.2d 823**

**STATE of Louisiana v. Thomas NORA.**
**In re Thomas NORA.**
**No. 39074.**

Nov. 8, 1948.

**37 So.2d 841**

**STATE v. THOMAS**
**No. 38996.**

Nov. 8, 1948.

Watson & Williams, of Natchitoches, for relator.

Bolivar E. Kemp, Jr., Atty. Gen., M. E. Culligan Asst. Atty. Gen., and H. L. Hughes, Dist. Atty., of Natchitoches, for respondent.

MOISE, Justice.

An examination of the record in this case reveals the fact that the issues presented are the same as those considered by us in the case of State of Louisiana v. Quinn, 214 La. 368, 37 So.2d 821. It is our opinion that the conclusions reached in that case are controlling here. Therefore,

For the reasons assigned in State of Louisiana v. Peter J. Quinn, Supra, the

C. A. Byrne, of New Orleans, for defendant-appellant.